E. C. SHELTON *v.* C. R. WADE.

(*Nashville.*   December Term, 1917.)

APPEAL AND ERROR.  Ground for dismissal of Appeal. Failure to make motion for new trial.

Failure to make motion for new trial in the court below was ground for dismissal of appeal, though case was tried by the court without a jury.

Cases cited and approved: Road Commissioners v. Railroad, 123 Tenn., 257; Lancaster v. Fisher, 94 Tenn., 222; Barr v. Railroad, 105 Tenn., 544; State v. Sneed, 105 Tenn., 712; Seymour v. Railroad, 117 Tenn., 98; Barnes v. Noel, 131 Tenn., 126; Bostick v. Thomas, 137 Tenn., 99.

---

FROM GRUNDY

---

Appeal from the Circuit Court of Grundy County. —FRANK R. LYNCH, Judge.

THOS. J. KING, for appellant.

FULTS & SCHNOON, for appellee.

MR. CHIEF JUSTICE NEIL delivered the opinion of the Court.

This case was tried by the circuit judge without the intervention of a jury, and judgment rendered in favor of the defendant in error.  The plaintiff in error

appealed to this court. Motion was made here that the appeal be dismissed because there was no motion for a new trial in the court below.

The motion must prevail. *Road Commissioners* v. *Railroad,* 123 Tenn., 257, 130 S. W., 768. In opposition to the motion the plaintiff in error refers to *Lancaster* v. *Fisher,* 94 Tenn., 222, 28 S. W., 1094, *Barr* v. *Railroad,* 105 Tenn., 544, 58 S. W., 849, and *State* v. *Sneed,* 105 Tenn., 712, 58 S. W., 1070, prior cases. In the case cited from 123 Tennessee, the court had in mind the three cases just referred to, and clearly intimated its dissatisfaction with the rule so stated and necessarily overruled these cases, but did not deem it necessary to mention them by name. To prevent future misconception, we now overrule these cases on the point in question, and reaffirm the rule laid down in *Road Commissioners* v. *Railroad,* supra. The principle of this case was followed in *Seymour* v. *Railroad,* 117 Tenn., 98, 102, 98 S. W., 174, and in *Barnes* v. *Noel,* 131 Tenn., 126, 131, 174 S. W., 276, and *Bostick* v. *Thomas,* 137 Tenn., 99, 101, 191, S. W., 968. Since *Road Commissioners* v. *Railroad* was decided we have uniformly followed the rule there laid down.